

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2015

No. 04-14-00644-CR

Elton Anthony **BRANCH**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR7555
Honorable Ray Olivarri, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED. Time is extended to April 8, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:   Mary Beth Welsh                         James Clayton Oltersdorf
      Assistant Criminal District Attorney    434 S Main Ave Ste 205
      Paul Elizondo Tower                     San Antonio, TX 78204-1118
      101 W. Nueva, Suite 370
      San Antonio, TX 78205